| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR08-37-MJP |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| KERRY LEIGH SMYTHE, | |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 9, 2010.  The United States was represented by Assistant United States Attorney Norman Barbosa, and the defendant by Jay Stansell.

The defendant had been charged and convicted of False Passport Application, in violation of 18 U.S.C. § 1542.  On or about August 29, 2008, defendant was sentenced by the Honorable Marsha J. Pechman, to five years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, search, sex offender registration; participate in sexual deviancy treatment as directed by probation, do not loiter 100 feet of where children frequent, submit to polygraph testing, do not possess an identification in any other name, and shall reside and participate at the RRC for up to 120 days.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1    In a Petition for Warrant or Summons, dated November 5 2010, U.S. Probation Officer
2 Jennifer Van Flandern asserted the following violation by defendant of the conditions of his
3 supervised release:

4    (1)   Being terminated from the Residential Reentry Center (RRC) on November 5,
5          2010, in violation of the special condition requiring him to reside and
6          participate in an RRC for up to 120 days as directed.
7    (2)   Committing the crime of Indecent Exposure on or about November 5, 2010, in
8          King County, Washington, in violation of the general condition that he not
9          commit a federal, state or local crime.

10   The defendant was advised of his rights, acknowledged those rights, and admitted to
11 alleged violation number 1.  As to alleged violation number 2, based on the record submitted,
12 defendant was found to have committed violation 2.

13   I therefore recommend that the Court find the defendant to have violated the terms and
14 conditions of his supervised release as set forth in violations 1 and 2, and that the Court
15 conduct a hearing limited to disposition.  A disposition hearing on these violations has been set
16 before the Honorable Marsha J. Pechman on November 23, 2010 at 11:00 a.m..

17   Pending a final determination by the Court, the defendant has been detained.

18   DATED this 9th day of November, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable Marsha J. Pechman
     AUSA:                  Norman Barbosa
     Defendant's attorney:  Jay Stansell
     Probation officer:     Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2